# ELECTRONIC RECORD

COA # 14-14-00014-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Juan Salgado v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 351st District Court

DATE: December 23, 2014   Publish: No

TC CASE #:1348922

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Juan Salgado v The State of Texas

CCA # _____

___APPELLANT'S___   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___03/04/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___094-15___

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**